Form 186 − ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−11563−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ericka Santos−Montanez
   aka Ericka Santos−Deyne
   35 Matthew Ave.
   Carteret, NJ 07008

Social Security No.:
   xxx−xx−1221

Employer's Tax I.D. No.:

---

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION;
FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on 2/28/2022 and a confirmation hearing on such Plan has been scheduled for 6/22/2022 at 10:00 AM.

The debtor filed a Modified Plan on 6/15/2022 and a confirmation hearing on the Modified Plan is scheduled for 7/27/2022 at 10:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.


Dated: June 16, 2022
JAN: gan

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-11563-MBK

Ericka Santos-Montanez  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3

Date Rcvd: Jun 16, 2022      Form ID: 186      Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ericka Santos-Montanez, 35 Matthew Ave., Carteret, NJ 07008-2843 |
| 519518123 | + | Apothaker Scian, PC, 520 Fellowship Road SDuite C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 519518124 | + | Attorney General of the United States, Department of Justice, Constitution Ave and 10th St. NW, Washington, DC 20530-0001 |
| 519518129 | + | JPMCH Auto Finance, 600 Community Drive, Manhasset, NY 11030-3802 |
| 519518130 | + | Land Rover Financial Group, PO Box 901076, Fort Worth, TX 76101-2076 |
| 519518131 | + | Lyons, Doughty & Veldhuis, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-2239 |
| 519518132 | + | Michael D Mirne, 3200 Sunset Ave, Suite 202, Asbury Park, NJ 07712-4556 |
| 519518133 | + | Midland Mortgage, P.O. Box 268806, Oklahoma City, OK 73126-8806 |
| 519518135 | + | Northeast Power Dry Inc, PO Box 6803, Bridgewater, NJ 08807-0803 |
| 519518136 | | Office of Chief Counsel, Internal Revenue Service, SB/SE Division Counsel, One Newark Center, Suite 1500, Newark, NJ 07102-5224 |
| 519523262 | + | Regions Bank DBA Enerbank USA, 650 S Main Street Suite 1000, Salt Lake City, UT 84101-2844 |
| 519531485 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519518141 | + | Wells Fargo/Home Projects, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 16 2022 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 16 2022 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519522402 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 16 2022 20:38:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 519521383 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 16 2022 20:39:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519518124 | ^ | MEBN | Jun 16 2022 20:35:37 | Attorney General of the United States, Department of Justice, Constitution Ave and 10th St. NW, Washington, DC 20530-0001 |
| 519532426 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 16 2022 20:44:17 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519518125 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 16 2022 20:44:14 | Capital One Bank USA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519526186 | + | Email/Text: bankruptcynotices@devry.edu | Jun 16 2022 20:39:00 | DeVry University, 1200 E Diehl Rd, Naperville, IL 60563-9347 |
| 519518127 | + | Email/Text: bbagley@enerbankusa.com | Jun 16 2022 20:38:00 | EnerBank USA*, 1245 Brickyard road, Ste 600, Salt Lake City, UT 84106-2562 |
| 519518126 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 16 2022 20:38:00 | District Director of the IRS, 955 S. Springfield Avenue, Springfield, NJ 07081 |

Case 22-11563-MBK   Doc 22   Filed 06/18/22   Entered 06/19/22 00:14:23   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 16, 2022 | Form ID: 186 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519518131 | + | Email/Text: BKNotice@ldvlaw.com | Jun 16 2022 20:38:00 | Lyons, Doughty & Veldhuis*, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-2239 |
| 519518134 | | Email/Text: EBN@Mohela.com | Jun 16 2022 20:38:00 | Mohela/Dept of Ed*, 633 Spirit Drive, Chesterfield, MO 63005 |
| 519634794 | | Email/Text: EBN@Mohela.com | Jun 16 2022 20:38:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 519558178 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 16 2022 20:44:12 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519520049 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 16 2022 20:44:32 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519548771 | | Email/Text: inveniobkt@phillips-cohen.com | Jun 16 2022 20:38:00 | PCA Acquisition V, LLC, PCA Acquisition V, LLC c/o Phillips & Co, 1002 Justison Street, Wilmington, DE 19801 |
| 519565140 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2022 20:44:31 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 519518137 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2022 20:44:29 | Synchrony Bank, P.O. Box 965004, Orlando, FL 32896-5004 |
| 519518138 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2022 20:44:33 | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 519639075 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jun 16 2022 20:44:27 | U.S. Department of Housing and Urban, Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York, New York 10278 |
| 519556747 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jun 16 2022 20:44:27 | U.S. Department of Housing and Urban Development, Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York, NY 10278-0068 |
| 519518139 | + | Email/Text: usanj.njbankr@usdoj.gov | Jun 16 2022 20:39:00 | United States Attorney*, For Internal Revenue Service), 970 Broad Street, 5th Floor, Newark, NJ 07102-2527 |
| 519567881 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 16 2022 20:44:17 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519518140 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 16 2022 20:38:00 | Verizon Wireless/SOU, PO Box 26055, Minneapolis, MN 55426-0055 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519528326 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 519518128 | *+ | Internal Revenue Service*, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 16, 2022 | Form ID: 186 | Total Noticed: 35 |

Date: Jun 18, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2022 at the address(es) listed below:**

**Name**      **Email Address**

Albert Russo
docs@russotrustee.com

Bruce C. Truesdale
on behalf of Debtor Ericka Santos-Montanez brucectruesdalepc@gmail.com bctpcecf@gmail.com;r49787@notify.bestcase.com

Denise E. Carlon
on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4