Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 22−11563−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Ericka Santos−Montanez
  aka Ericka Santos−Deyne
  35 Matthew Ave.
  Carteret, NJ 07008

Social Security No.:
  xxx−xx−1221

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 29, 2022.

Dated: July 29, 2022
JAN: wiq

                          Jeanne Naughton
                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Ericka Santos-Montanez  
    Debtor

Case No. 22-11563-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Jul 29, 2022     Form ID: plncf13     Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ericka Santos-Montanez, 35 Matthew Ave., Carteret, NJ 07008-2843 |
| 519518123 | + | Apothaker Scian, PC, 520 Fellowship Road SDuite C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 519518124 | + | Attorney General of the United States, Department of Justice, Constitution Ave and 10th St. NW, Washington, DC 20530-0001 |
| 519518129 | + | JPMCH Auto Finance, 600 Community Drive, Manhasset, NY 11030-3802 |
| 519518130 | + | Land Rover Financial Group, PO Box 901076, Fort Worth, TX 76101-2076 |
| 519518132 | + | Michael D Mirne, 3200 Sunset Ave, Suite 202, Asbury Park, NJ 07712-4556 |
| 519518133 | + | Midland Mortgage, P.O. Box 268806, Oklahoma City, OK 73126-8806 |
| 519518135 | + | Northeast Power Dry Inc, PO Box 6803, Bridgewater, NJ 08807-0803 |
| 519518136 | | Office of Chief Counsel, Internal Revenue Service, SB/SE Division Counsel, One Newark Center, Suite 1500, Newark, NJ 07102-5224 |
| 519523262 | + | Regions Bank DBA Enerbank USA, 650 S Main Street Suite 1000, Salt Lake City, UT 84101-2844 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 29 2022 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 29 2022 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519522402 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 29 2022 20:57:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 519521383 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 29 2022 20:58:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519518124 | ^ | MEBN | Jul 29 2022 20:56:43 | Attorney General of the United States, Department of Justice, Constitution Ave and 10th St. NW, Washington, DC 20530-0001 |
| 519532426 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 29 2022 21:03:58 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519518125 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 29 2022 21:03:54 | Capital One Bank USA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519526186 | + | Email/Text: bankruptcynotices@devry.edu | Jul 29 2022 20:58:00 | DeVry University, 1200 E Diehl Rd, Naperville, IL 60563-9347 |
| 519518127 | + | Email/Text: bbagley@enerbankusa.com | Jul 29 2022 20:57:00 | EnerBank USA*, 1245 Brickyard road, Ste 600, Salt Lake City, UT 84106-2562 |
| 519518126 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 29 2022 20:57:00 | District Director of the IRS, 955 S. Springfield Avenue, Springfield, NJ 07081 |
| 519518131 | + | Email/Text: BKNotice@ldvlaw.com | Jul 29 2022 20:57:00 | Lyons, Doughty & Veldhuis*, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-2239 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519518134 | | Email/Text: EBN@Mohela.com | Jul 29 2022 20:57:00 | Mohela/Dept of Ed*, 633 Spirit Drive, Chesterfield, MO 63005 |
| 519634794 | | Email/Text: EBN@Mohela.com | Jul 29 2022 20:57:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 519558178 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 29 2022 21:03:54 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519520049 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 29 2022 21:04:12 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519548771 | | Email/Text: inveniobkt@phillips-cohen.com | Jul 29 2022 20:57:00 | PCA Acquisition V, LLC, PCA Acquisition V, LLC c/o Phillips & Co, 1002 Justison Street, Wilmington, DE 19801 |
| 519565140 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 29 2022 21:03:58 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 519518137 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 29 2022 21:03:55 | Synchrony Bank, P.O. Box 965004, Orlando, FL 32896-5004 |
| 519518138 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 29 2022 21:04:18 | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 519639075 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 29 2022 21:04:16 | U.S. Department of Housing and Urban, Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York, New York 10278 |
| 519556747 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 29 2022 21:04:16 | U.S. Department of Housing and Urban Development, Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York, NY 10278-0068 |
| 519518139 | + | Email/Text: usanj.njbankr@usdoj.gov | Jul 29 2022 20:58:00 | United States Attorney*, For Internal Revenue Service), 970 Broad Street, 5th Floor, Newark, NJ 07102-2527 |
| 519567881 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 29 2022 21:03:58 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519518140 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 29 2022 20:56:00 | Verizon Wireless/SOU, PO Box 26055, Minneapolis, MN 55426-0055 |
| 519531485 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 29 2022 21:04:18 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519518141 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 29 2022 21:14:52 | Wells Fargo/Home Projects, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519528326 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 519518128 | *+ | Internal Revenue Service*, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 29, 2022 | Form ID: plncf13 | Total Noticed: 35 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 31, 2022                              Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Bruce C. Truesdale | on behalf of Debtor Ericka Santos-Montanez brucectruesdalepc@gmail.com bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4