Office Mailing Address:  
Albert Russo, Trustee  
PO Box 4853  
Trenton, NJ  08650-4853

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023  
**Chapter 13 Case No. 22-11563 / MBK**

Ericka Santos-Montanez

Petition Filed Date: 02/28/2022  
341 Hearing Date: 03/31/2022  
Confirmation Date: 07/27/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/09/2022 | $595.00 | 83287820 | 04/26/2022 | $595.00 | 84228870 | 06/16/2022 | $595.00 | 85330590 |
| 07/18/2022 | $595.00 | 85936910 | 08/09/2022 | $595.00 | 86402480 | 09/20/2022 | $595.00 | 87183630 |
| 10/18/2022 | $595.00 | 87745500 | 11/16/2022 | $595.00 | 88283960 | 12/02/2022 | $595.00 | 88614630 |
| 01/11/2023 | $595.00 | 89346250 | 01/24/2023 | $595.00 | 89563600 | | | |

**Total Receipts for the Period: $6,545.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,545.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Ericka Santos-Montanez | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Bruce C. Truesdale, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,330.00 | $3,330.00 | $0.00 |
| 1 | AMERICAN HONDA FINANCE<br>»» 2017 HONDA CIVIC/LEASE DEFICIENCY/WITHDRAWN 3/7/22 | Unsecured Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 2 | ACAR LEASING LTD<br>»» 2015 GMC ACADIA/LEASE EXPIRED | Unsecured Creditors | $4,335.59 | $0.00 | $4,335.59 |
| 3 | REGIONS BANK DBA ENERBANK USA<br>»» SELECT BASEMENT WATERPROOFING | Unsecured Creditors | $8,536.93 | $0.00 | $8,536.93 |
| 4 | INTERNAL REVENUE SERVICE<br>»» 2018, 2020-2021 TAX PERIODS | Priority Crediors | $12,975.10 | $2,700.92 | $10,274.18 |
| 5 | INTERNAL REVENUE SERVICE<br>»» 2015-2017 TAX PERIODS + PENALTIES | Unsecured Creditors | $29,984.31 | $0.00 | $29,984.31 |
| 6 | AMERICAN HONDA FINANCE<br>»» 2017 HONDA ACCORD/DEF BAL | Unsecured Creditors | $1,943.40 | $0.00 | $1,943.40 |
| 7 | DEVRY UNIVERSITY INC | Unsecured Creditors | $2,217.18 | $0.00 | $2,217.18 |
| 8 | Wells Fargo Bank, NA | Unsecured Creditors | $3,283.68 | $0.00 | $3,283.68 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,601.09 | $0.00 | $5,601.09 |
| 10 | PCA ACQUISITIONS V, LLC | Unsecured Creditors | $2,084.36 | $0.00 | $2,084.36 |
| 11 | U.S. DEPARTMENT OF HUD<br>»» P/35 MATTHEW AVE/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 12 | U.S. DEPARTMENT OF HUD<br>»» DUP OF CLAIM 10-1 | Mortgage Arrears<br>No Disbursements: Duplicate Claim | $0.00 | $0.00 | $0.00 |
| 13 | MIDFIRST BANK<br>»» P/35 MATTHEW AVE/1ST MTG | Mortgage Arrears | $22.25 | $0.00 | $22.25 |

**Chapter 13 Case No. 22-11563 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/THE HOME DEPOT | Unsecured Creditors | $3,073.22 | $0.00 | $3,073.22 |
| 15 | Verizon by American InfoSource as Agent | Unsecured Creditors | $333.23 | $0.00 | $333.23 |
| 16 | US DEPARTMENT OF EDUCATION/MOHELA | Unsecured Creditors | $25,118.08 | $0.00 | $25,118.08 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,545.00 | Plan Balance: | $17,255.00  ** |
| Paid to Claims: | $6,030.92 | Current Monthly Payment: | $595.00 |
| Paid to Trustee: | $514.08 | Arrearages: | $1,190.00 |
| Funds on Hand: | $0.00 | Total Plan Base: | $23,800.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.