UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BRUCE C. TRUESDALE, P.C.
147 Union Avenue – Suite 1E
Middlesex, New Jersey 08846
BY: Bruce C. Truesdale, Esq. (BC 0928)
Phone: 732-302-9600
Fax: 732-302-9066
Attorney for Debtor[s]

_____

In Re:

ERICKA SANTOS-MONTANEZ

Case No.:         22-11563

Chapter:          13

Adv. No.:

Hearing Date:

Judge:            MBK

## CERTIFICATION OF SERVICE

1. I, Sarah A. Vanderstreet:

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for the attorney, who represents the debtor in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On May 15, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   - Application for Compensation for Bruce C. Truesdale, Debtor's Attorney,

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Date:   5/15/23

/s/ Sarah A. Vanderstreet
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Department of Justice<br>Office of the United States Trustee<br>District of New Jersey<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Midland Mortgage<br>P.O. Box 268806<br>Oklahoma City OK 73126<br>ATTN: CEO; Corp. Officer; Agent; Managing Partner or Party Designated to Accept Service | Secure Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Department of Housing and Urban<br>Jacob K. Javits Federal Building<br>26 Federal Plaza<br>Suite 3541<br>New York NY 10278 | Secure Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>(address as per POC) | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served<br>Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Attorney General of the United States<br>Department of Justice<br>Constitution Ave and 10th St. NW<br>Washington, DC 20530 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| District Director of the IRS<br>955 S. Springfield Avenue<br>Springfield, NJ 07081 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of Chief Counsel / IRS<br>SB/SE Division Counsel<br>One Newark Center<br>Suite 1500<br>Newark, NJ 07102-5224 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Attorney<br>(for the IRS)<br>970 Broad Street<br>5th Floor<br>Newark, NJ 07102 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One Bank (USA), N.A.<br>c/o American InfoSource<br>4515 N Santa Fe Avenue<br>Oklahoma City, OK 73118<br>(address as per POC) | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Enerbank USA<br>c/o Regions Bank DBA<br>650 S Main Street<br>Suite 1000<br>Salt Lake City, UT 84101<br>(address as per POC) | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Land Rover Financial Group<br>PO Box 901076<br>Fort Worth, TX 76101 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mohela/Dept of Ed.<br>633 Spirit Drive<br>Chesterfield, MO 63005 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Northeast Power Dry, Inc.<br>PO Box 6803<br>Bridgewater. NJ 08807 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Synchrony Bank<br>P.O. Box 965004<br>Orlando, FL 32896 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| THD/CBNA<br>One Court Square<br>Long Island City, NY 11120 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Verizon<br>c/o American InfoSource<br>4515 N Santa Fe Avenue<br>Oklahoma City, OK 73118<br>(address as per POC) | Service Requested | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wells Fargo/Home Projects<br>c/o Wells Fargo Bank, N.A.<br>PO Box 10438<br>MAC F8235-02F<br>Des Moines, IA 50306-0438<br>(address as per POC) | Service Requested | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One Bank, USA<br>c/o Lyons, Doughty & Veldhuis<br>136 Gaither Drive<br>Suite 100<br>Mount Laurel, NJ 08054 | Creditor Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Land Rover Financial Group<br>c/o JPMCH Auto Finance<br>600 Community Drive<br>Manhasset, NY 11030 |  | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Northeast Power Dry, Inc.<br>c/o Michael D. Mirne, Esq.<br>3200 Sunset Avenue<br>Suite 202<br>Asbury Park, NJ 07712 | Creditor Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Synchrony Bank<br>c/o Apothaker Scian, PC<br>520 Fellowship Road<br>Suite C306<br>Mount Laurel, NJ 08054 | Creditor Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| ACAR Leasing Ltd. d/b/a GM Financial Leasing<br>PO Box 183853<br>Arlington, TX 76096<br>ATTN: Lorenzo Nunez | Service Requested | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Service Requested | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Orion<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541<br>ATTN: Valerie Smith | Service Requested | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ericka Santos-Montanez<br>35 Matthew Avenue<br>Carteret, NJ 07008 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |