UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Ericka Santos-Montanez,

Debtor.

Case No.:    22-11563-MBK

Chapter:    13

Hearing Date:    5/24/2023

Judge:    Kaplans

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Motion for Relief from Stay re: 35 Matthew Avenue (Docket # 32)

_____

Date: 05/22/2023                                /s/ Denise Carlon
                                                Signature

*rev.8/1/15*