| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 22-11563 / MEH**

Ericka Santos-Montanez

Petition Filed Date: 02/28/2022
341 Hearing Date: 03/31/2022
Confirmation Date: 07/27/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/02/2024 | $595.00 | | 02/16/2024 | $595.00 | | 03/15/2024 | $595.00 | |
| 04/03/2024 | $595.00 | | 06/24/2024 | $595.00 | | 07/08/2024 | $595.00 | |
| 08/02/2024 | $595.00 | | 08/30/2024 | $595.00 | | 10/11/2024 | $595.00 | |
| 10/24/2024 | $595.00 | | 12/09/2024 | $595.00 | | 12/27/2024 | $595.00 | |

**Total Receipts for the Period: $7,140.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $19,635.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Ericka Santos-Montanez | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Bruce C. Truesdale, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,330.00 | $3,330.00 | $0.00 |
| 1 | AMERICAN HONDA FINANCE<br>»» 2017 HONDA CIVIC/LEASE DEFICIENCY/WITHDRAWN 3/7/22 | Unsecured Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 2 | ACAR LEASING LTD<br>»» 2015 GMC ACADIA/LEASE EXPIRED | Unsecured Creditors | $4,335.59 | $0.00 | $4,335.59 |
| 3 | REGIONS BANK DBA ENERBANK USA<br>»» SELECT BASEMENT WATERPROOFING | Unsecured Creditors | $8,536.93 | $0.00 | $8,536.93 |
| 4 | INTERNAL REVENUE SERVICE<br>»» 2018, 2020-2021 TAX PERIODS | Priority Creditors | $12,975.10 | $12,039.17 | $935.93 |
| 5 | INTERNAL REVENUE SERVICE<br>»» 2015-2017 TAX PERIODS + PENALTIES | Unsecured Creditors | $29,984.31 | $0.00 | $29,984.31 |
| 6 | AMERICAN HONDA FINANCE<br>»» 2017 HONDA ACCORD/DEF BAL | Unsecured Creditors | $1,943.40 | $0.00 | $1,943.40 |
| 7 | DEVRY UNIVERSITY INC | Unsecured Creditors | $2,217.18 | $0.00 | $2,217.18 |
| 8 | Wells Fargo Bank, NA | Unsecured Creditors | $3,283.68 | $0.00 | $3,283.68 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,601.09 | $0.00 | $5,601.09 |
| 10 | PCA ACQUISITIONS V, LLC | Unsecured Creditors | $2,084.36 | $0.00 | $2,084.36 |
| 11 | U.S. DEPARTMENT OF HUD<br>»» P/35 MATTHEW AVE/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 12 | U.S. DEPARTMENT OF HUD<br>»» DUP OF CLAIM 10-1 | Mortgage Arrears<br>No Disbursements: Duplicate Claim | $0.00 | $0.00 | $0.00 |
| 13 | MIDFIRST BANK<br>»» P/35 MATTHEW AVE/1ST MTG | Mortgage Arrears | $22.25 | $0.00 | $22.25 |

**Chapter 13 Case No. 22-11563 / MEH**

| | | | | | |
|---|---|---|---|---|---|
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/THE HOME DEPOT | Unsecured Creditors | $3,073.22 | $0.00 | $3,073.22 |
| 15 | Verizon by American InfoSource as Agent | Unsecured Creditors | $333.23 | $0.00 | $333.23 |
| 16 | US DEPARTMENT OF EDUCATION/MOHELA | Unsecured Creditors | $25,118.08 | $0.00 | $25,118.08 |
| 0 | Bruce C. Truesdale, Esq.<br>»»  ORDER 5/22/23 | Attorney Fees | $992.53 | $992.53 | $0.00 |
| 17 | MIDFIRST BANK<br>»»  35 MATTHEW AVE/ATTY FEES 6/7/23 | Mortgage Arrears | $538.00 | $538.00 | $0.00 |
| 18 | MIDFIRST BANK<br>»»  35 MATTHEW AVE/ATTY FEES 10/11/23 | Mortgage Arrears | $200.00 | $200.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,635.00 | Plan Balance: | $4,165.00  ** |
| Paid to Claims: | $17,099.70 | Current Monthly Payment: | $595.00 |
| Paid to Trustee: | $1,446.46 | Arrearages: | $1,190.00 |
| Funds on Hand: | $1,088.84 | Total Plan Base: | $23,800.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more  information.

**View your case information online for** *FREE*! Register today at **www.ndc.org** or scan this code to get started.



 **\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**