Certificate Number: 13858-NJ-DE-040322226

Bankruptcy Case Number: 22-11563



13858-NJ-DE-040322226

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 17, 2025, at 5:42 o'clock PM EST, Ericka Santos-Montanez completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: November 17, 2025

By: /s/Ariel I Rosario

Name: Ariel I Rosario

Title: Counselor