Form clsnodsc − ntcclsnodis

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  22−11563−MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Ericka Santos−Montanez
    aka Ericka Santos−Deyne
    35 Matthew Ave.
    Carteret, NJ 07008

Social Security No.:
    xxx−xx−1221

Employer's Tax I.D. No.:

### NOTICE OF DEFICIENCY CONCERNING DISCHARGE

    You are hereby notified that the above−named case will be closed without entry of discharge on or after March 30, 2026 for the reason(s) indicated below.

☐    Debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☐    Joint debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☑    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: February 27, 2026
JAN: llb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 22-11563-MEH

Ericka Santos-Montanez                                                Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                    Page 1 of 2

Date Rcvd: Feb 27, 2026                 Form ID: clsnodsc                          Total Noticed: 3

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ericka Santos-Montanez, 35 Matthew Ave., Carteret, NJ 07008-2843 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Feb 27 2026 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 27 2026 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2026 at the address(es) listed below:**

**Name                          Email Address**

Albert Russo

    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo

    docs@russotrustee.com

District/off: 0312-3                               User: admin                                    Page 2 of 2
Date Rcvd: Feb 27, 2026                     Form ID: clsnodsc                          Total Noticed: 3

Bruce C. Truesdale
              on behalf of Debtor Ericka Santos-Montanez brucectruesdalepc@gmail.com  bctpcecf@gmail.com;r49787@notify.bestcase.com

Denise E. Carlon
              on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

U.S. Trustee
              USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 5