<table>
<tr><td colspan="2"><strong>Information to identify the case:</strong></td></tr>
</table>

| | | |
|---|---|---|
| Debtor 1 | Ericka Santos–Montanez | Social Security number or ITIN   xxx–xx–1221 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number:   22–11563–EJO | | |

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ericka Santos–Montanez
aka Ericka Santos–Deyne

3/23/26

**By the court:** Eamonn James O'Hagan
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                **Chapter 13 Discharge**                page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

District of New Jersey

In re:

Ericka Santos-Montanez

Debtor

Case No. 22-11563-EJO

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3

Date Rcvd: Mar 23, 2026

User: admin

Form ID: 3180W

Page 1 of 3

Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ericka Santos-Montanez, 35 Matthew Ave., Carteret, NJ 07008-2843 |
| 519518129 | + | JPMCH Auto Finance, 600 Community Drive, Manhasset, NY 11030-3802 |
| 519518130 | + | Land Rover Financial Group, PO Box 901076, Fort Worth, TX 76101-2076 |
| 519518132 | + | Michael D Mirne, 3200 Sunset Ave, Suite 202, Asbury Park, NJ 07712-4556 |
| 519518135 | + | Northeast Power Dry Inc, PO Box 6803, Bridgewater, NJ 08807-0803 |
| 519518136 | | Office of Chief Counsel, Internal Revenue Service, SB/SE Division Counsel, One Newark Center, Suite 1500, Newark, NJ 07102-5224 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 23 2026 21:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 23 2026 21:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519522402 | + | EDI: PHINAMERI.COM | Mar 24 2026 00:59:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 519521383 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 23 2026 21:34:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519518123 | ^ | MEBN | Mar 23 2026 21:27:54 | Apothaker Scian, PC, 520 Fellowship Road SDuite C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 519518124 | ^ | MEBN | Mar 23 2026 21:27:07 | Attorney General of the United States, Department of Justice, Constitution Ave and 10th St. NW, Washington, DC 20530-0001 |
| 519532426 | + | EDI: AIS.COM | Mar 24 2026 01:06:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519518125 | + | EDI: CAPITALONE.COM | Mar 24 2026 00:59:00 | Capital One Bank USA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519526186 | ^ | MEBN | Mar 23 2026 21:25:48 | DeVry University, 4225 Naperville Road, Suite 400, Lisle, IL 60532-3699 |
| 519518127 | + | Email/Text: EB_Collectionsbk@Regions.com | Mar 23 2026 21:34:00 | EnerBank USA*, 1245 Brickyard road, Ste 600, Salt Lake City, UT 84106-2562 |
| 519518126 | | EDI: IRS.COM | Mar 24 2026 00:59:00 | District Director of the IRS, 955 S. Springfield Avenue, Springfield, NJ 07081 |
| 519518131 | + | Email/Text: BKNotice@ldvlaw.com | Mar 23 2026 21:33:00 | Lyons, Doughty & Veldhuis*, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-2239 |

District/off: 0312-3                          User: admin                          Page 2 of 3

Date Rcvd: Mar 23, 2026                       Form ID: 3180W                       Total Noticed: 35

| Recip ID | Notice Type | Notice Date | Name and Address |
|---|---|---|---|
| 519518134 | Email/Text: EBN@Mohela.com | Mar 23 2026 21:33:00 | Mohela/Dept of Ed*, 633 Spirit Drive, Chesterfield, MO 63005 |
| 519634794 | Email/Text: EBN@Mohela.com | Mar 23 2026 21:33:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 519558178 | + EDI: AISMIDFIRST | Mar 24 2026 00:59:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519518133 | ^ MEBN | Mar 23 2026 21:27:49 | Midland Mortgage*, P.O. Box 268806, Oklahoma City, OK 73126-8806 |
| 519520049 | ^ MEBN | Mar 23 2026 21:27:41 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519548771 | Email/Text: inveniobkt@phillips-cohen.com | Mar 23 2026 21:33:00 | PCA Acquisition V, LLC, PCA Acquisition V, LLC c/o Phillips & Co, 1002 Justison Street, Wilmington, DE 19801 |
| 519565140 | EDI: PRA.COM | Mar 24 2026 00:59:00 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 519523262 | + Email/Text: EB_Collectionsbk@Regions.com | Mar 23 2026 21:34:00 | Regions Bank DBA Enerbank USA, 650 S Main Street Suite 1000, Salt Lake City, UT 84101-2844 |
| 519518137 | + EDI: SYNC | Mar 24 2026 00:59:00 | Synchrony Bank, P.O. Box 965004, Orlando, FL 32896-5004 |
| 519518138 | + EDI: CITICORP | Mar 24 2026 00:59:00 | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 519639075 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 23 2026 21:35:27 | U.S. Department of Housing and Urban, Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York, New York 10278 |
| 519556747 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 23 2026 21:35:27 | U.S. Department of Housing and Urban Development, Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York, NY 10278-0068 |
| 519518139 | + Email/Text: usanj.njbankr@usdoj.gov | Mar 23 2026 21:34:00 | United States Attorney*, For Internal Revenue Service), 970 Broad Street, 5th Floor, Newark, NJ 07102-2527 |
| 519567881 | + EDI: AIS.COM | Mar 24 2026 01:06:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519518140 | + EDI: VERIZONCOMB.COM | Mar 24 2026 00:59:00 | Verizon Wireless/SOU, PO Box 26055, Minneapolis, MN 55426-0055 |
| 519531485 | EDI: WFCCSBK | Mar 24 2026 00:59:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519518141 | + EDI: WFHOME | Mar 24 2026 00:59:00 | Wells Fargo/Home Projects, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519528326 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 519518128 | *+ | Internal Revenue Service*, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520951609 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0312-3        User: admin        Page 3 of 3

Date Rcvd: Mar 23, 2026        Form ID: 3180W        Total Noticed: 35

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Bruce C. Truesdale | on behalf of Debtor Ericka Santos-Montanez brucectruesdalepc@gmail.com  bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5